IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00213-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JOE CARRION-ARANGURE,
       a/k/a Joe Rudolpho Chavez,

      Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED, that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce JOE CARRION-ARANGURE, a/k/a Joe Rudolpho Chavez, before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Indictment, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this _22nd_ day of _February_, 2010.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO


KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO