**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00213-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE CARRION-ARANGURE,
    a/k/a "Joe Rudolpho Chavez,"

    Defendant.

## MINUTE ORDER[1]

On **July 9, 2010**, commencing at 11:00 a.m., the court shall conduct a revocation of supervised release violation hearing in this matter. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: March 24, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.